IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANCES LUCINDA NEWELL : CIVIL ACTION

v. :

SALTA INT'L INC., et al. : NO. 09-1550

**ORDER**

AND NOW, this 9 of September, 2009, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of Chief United States Magistrate Judge Thomas J. Rueter, it is hereby

**ORDERED**

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Defendants' Motion to Dismiss the Complaint for Lack of Subject Matter Jurisdiction is **DENIED**;

3. Defendants' Motion to Vacate Entry of Default and Default Judgment is **GRANTED**; and

4. Plaintiff's Motion for Leave to File Amended Complaint is **GRANTED**.

BY THE COURT:

_____
EDUARDO C. ROBRENO,    J.